IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 13-cv-03509-REB-MJW

RAYMOND CARLINO and
JENNIFER CARLINO,

      Plaintiffs,

v.

DUTCHMEN MANUFACTURING, INC. and
K&C RV CENTERS, LLC,

      Defendants.

---

## ORDER OF DISMISSAL

---

Blackburn, J.

      The matter is before me on the **Stipulation To Dismiss With Prejudice** [#25][1]

filed December 2, 2014.  After reviewing the stipulation and the record, I conclude that

the stipulation should be approved and that this action should be dismissed with

prejudice with the parties to pay their own attorney fees and costs.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the  **Stipulation To Dismiss With Prejudice** [#25] filed December 2,

2014, is **APPROVED**;

      2.  That the combined **Final Pretrial Conference** and **Trial Preparation**

**Conference** set December 19, 2014, is **VACATED**;

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That the trial by jury set to commence January 5, 2015, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated December 3, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn

Robert E. Blackburn
United States District Judge